1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )   D.C. NO. 2-11-CR-353 MCE
12                  Plaintiff,     )
                                   )   PETITION TO UNSEAL
13            v.                   )   INDICTMENT AND ORDER
                                   )
14  SEAN McCLENDON,                )
    ANTHONY SALCEDO,               )
15  ANTHONY WILLIAMS               )
                                   )
16              Defendants.        )
    _____)

17

18       TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE

19  JUDGE:

20       COMES NOW JEAN M. HOBLER, Assistant United States Attorney

21  for the Eastern District of California, to petition this Court

22  and respectfully represent:

23       1.   That I have presented to the Grand Jury now in session

24  in the City of Sacramento, California, one proposed indictment

25  charging the above named defendants with violation of:

26  18 U.S.C. §  1349, 18 U.S.C. §  1341, and 18 U.S.C. §  1028A.

27       2.   That the aforesaid indictment has been returned by the

28  Grand Jury to the Court.

1       3.   That the indictment was sealed by order of the Court in

2   order to mitigate the risk of flight of the defendants.

3       4.   That this morning one of the defendants, ANTHONY

4   SALCEDO, was arrested and will be appearing for arraignment this

5   afternoon.

6       5.   That agents are actively looking for a second defendant

7   and believe their efforts, even if not yet resulting in an

8   arrest, have likely apprised that defendant that he is being

9   sought for arrest on criminal charges.

10      6.   The third defendant is believed to be out of state and

11  so any benefit from further sealing is unlikely to be significant

12  as to that defendant.

13      As a result, there is no apparent need for the indictment or

14  any related filings to remain sealed.  Accordingly, the United

15  States asks that the Court order that the indictment and any

16  related filings be unsealed.

17  DATED: August 25, 2011              BENJAMIN B. WAGNER
                                        United States Attorney
18

19
                                    By:   /s/ Jean Hobler
20                                        JEAN HOBLER
                                          Assistant U.S. Attorney
21

22                         O R D E R

23  SO ORDERED.

24  DATED: August 25, 2011

25                         EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE
26

27

28

                                2