**FILED**
August 26, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>                    Plaintiff,           )<br>v.                                              )<br>                                                      )<br>SEAN MCCLENDON,                 )<br>                    Defendant.         )<br>_____ ) | Case No. CR.S-11-0353-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SEAN MCCLENDON, Case No. CR.S-11-0353-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

     _X_   Co-Signed Unsecured Appearance Bond

     ___   Secured Appearance Bond

     _X_   (Other) Conditions as stated on the record.

     ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   08-26-11   at   3:25 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge