Law Offices of Preeti K. Bajwa
Preeti K. Bajwa (SBN 232484)
901 H. Street, Suite 208
Sacramento, CA 95814
(916) 444-7100

Attorney for Defendant
SEAN MCCLENDON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00353 MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) ) ) | |
| SEAN MCCLENDON, et al., | ) ) ) | Judge: Honorable Morrison J. England |
| Defendants. | ) ) ) ) | |

   IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Jean Hobler, Assistant United States Attorney, together with counsel for defendant Sean McClendon, Preeti K. Bajwa, Esq., and counsel for defendant Anthony Salcedo, Douglas Beever, Esq., hereby agree and stipulate that the status conference presently set for September 29, 2011 be **continued to November 10 , 2011, at 9:00 a.m.,** thus **vacating** the presently set status conference.

   Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, September 29    , 2011 to and including Thursday November 10, 2011.

**TIME EXCLUDED UNDER THE SPEEDY TRIAL ACT**

The parties (the government and defendants) agree and stipulate that with the voluminous discovery, the complex legal issues involved in the case and the time needed by all defendants to review all of the discovery produced by the government to date, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161.  In addition, the parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence and that the interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

Respectfully submitted

Dated: September 27, 2011         /s/  Preeti K. Bajwa
                                  PREETI K. BAJWA
                                  Attorney for Defendant
                                  Sean McClendon

Dated: September 27, 2011         /s/  Douglas Beevers
                                  DOUGLAS BEEVERS
                                  Attorney for Defendant
                                  Anthony Salcedo

Dated: September 27, 2011         Benjamin B. Wagner
                                  United States Attorney

                            by:   /s/ Jean Hobler
                                  JEAN HOBLER
                                  Assistant U.S. Attorney

PREETI K. BAJWA (SBN 232484)
Law Offices of Preeti K. Bajwa
901 H Street, # 208
Sacramento, CA. 95814
(916) 444-7100
Fax (916) 447-7112

Attorney for Defendant
SEAN MCCLENDON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00353 |
| Plaintiff, | ) ORDER TO<br>) CONTINUE STATUS CONFERNCE |
| v. | ) |
| SEAN MCCLENDON, et al., | ) |
| Defendants. | ) |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, September 29, 2011, to and including November 10, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the September 29, 2011, status conference shall be continued until November 10, 2011 at 9:00 a.m.

IT IS SO ORDERED.

September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE