SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ANTHONY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00353 MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| SEAN McCLENDON, et. al., | ) | |
| Defendants. | ) | DATE: January 26, 2012<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |

**Stipulation**

The parties, through undersigned counsel, stipulate that the status conference, scheduled for January 26, 2012, may be continued to March 29, 2012, at 9:00 a.m.  There are approximately 9,500 pages of discovery in the case as well as recorded statements.  The additional time is requested so that defense counsel can continue the review of the discovery, continue investigation, and research possible defenses.

Further, all of the undersigned parties hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, January 26, 2012, to and including

1

March 29, 2012.

The undersigned parties agree and stipulate that with the voluminous discovery, the complex legal issues involved in the case and the time needed by all defendants to review all of the discovery produced by the government to date, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161. In addition, the parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence and that the interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

The parties have authorized the defense counsel for Anthony Williams to sign this stipulation on their behalf.

DATED: January 17, 2012         BENJAMIN WAGNER
                                United States Attorney

                           by   /s/ Scott N. Cameron, for
                                Jean Hobler
                                Assistant U.S. Attorney

DATED: January 17, 2012    by   /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for ANTHONY WILLIAMS

DATED: January 17, 2012    by   /s/ Scott N. Cameron, for
                                Preeti K. Bajwa
                                Counsel for SEAN McCLENDON

DATED: January 17, 2012    by   /s/ Scott N. Cameron, for
                                Douglas Beevers
                                Counsel for Anthony Salcedo

**<u>Order</u>**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 26, 2012, to and including March 29, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 26, 2012, status conference shall be continued until March 29, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 23, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE