SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ANTHONY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SEAN McCLENDON, et. al.,<br><br>            Defendants. | CASE NO.  2:11-cr-00353-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:  March 29, 2012<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison England, Jr. |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for March 29, 2012, may be continued to May 24, 2012, at 9:00 a.m.  Substantive negotiations are occurring between the parties.  Moreover, there are approximately 9,500 pages of discovery in the case as well as recorded statements.  The additional time is requested so that defense counsel can continue the review of the discovery, continue investigation, research possible defenses, and continue negotiations with the government.

///

///

///

///

1

 1    Further, all of the undersigned parties hereby agree and
 2 stipulate that time under the Speedy Trial Act should be excluded
 3 under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii)
 4 and (iv), corresponding to Local code T-2 (unusual and complex case)
 5 and Local Code T-4 (to allow defense counsel time to prepare) from the
 6 date of the parties' stipulation, March 29, 2012, to and including
 7 May 24, 2012.
 8    The undersigned parties agree and stipulate that with the
 9 voluminous discovery, the complex legal issues involved in the case
10 and the time needed by all defendants to review all of the discovery
11 produced by the government to date, it is unreasonable to expect
12 adequate preparation for pretrial proceedings and trial itself within
13 the time limits established in § 3161. In addition, the parties
14 stipulate and agree that the continuance requested herein is necessary
15 to provide defense counsel reasonable time to prepare their respective
16 clients' defenses taking into account due diligence and that the
17 interests of justice in granting this reasonable request for a
18 continuance outweighs the best interests of the public and defendants
19 for a speedy trial in this case, pursuant to Title 18, United States
20 Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to
21 Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow
22 defense counsel time to prepare).
23    The parties have authorized the defense counsel for Anthony
24 Williams to sign this stipulation on their behalf.

DATED: March 26, 2012                BENJAMIN WAGNER
                                     United States Attorney

                              by     /s/ Scott N. Cameron, for
                                     Jean Hobler
                                     Assistant U.S. Attorney

2

```
DATED: March 26, 2012          by    /s/ Scott N. Cameron
                                     Scott N. Cameron
                                     Counsel for ANTHONY WILLIAMS

DATED: March 26, 2012          by    /s/ Scott N. Cameron, for
                                     Preeti K. Bajwa
                                     Counsel for SEAN McCLENDON

DATED: March 26, 2012          by    /s/ Scott N. Cameron, for
                                     Douglas Beevers
                                     Counsel for Anthony Salcedo
```

**<u>Order</u>**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 29, 2012, to and including May 24, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). It is further ordered that the March 29, 2012, status conference shall be continued until May 24, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE