```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ANTHONY WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:11-cr-00353 MCE |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. ) | |
| SEAN McCLENDON, et. al., ) | DATE:   May 24, 2012 |
| Defendants. ) | TIME:   9:00 a.m. |
| _____) | COURT:  Hon. Morrison England, Jr. |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for May 24, 2012, may be continued to August 2, 2012, at 9:00 a.m.  This case involves approximately 9,500 pages of discovery well as recorded statements. Substantive negotiations have occurred between the parties and formal plea agreements are being drafted for all three defendants.

///

///

///

///

1

The additional time is requested so the plea agreements can be finalized and presented to the respective defendants, and so defense counsel can review the proposed pleas against the voluminous discovery to ensure they are consistent with the evidence in this case and properly advise their respective clients of their options regarding either pleading guilty or proceeding to trial.

Further, all of the undersigned parties hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, May 24, 2012, to and including August 2, 2012.

The undersigned parties agree and stipulate that with the voluminous discovery, the complex legal issues involved in the case and the time needed by all defendants to review all of the discovery produced by the government to date, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161. In addition, the parties stipulate and agree that the continuance requested herein is necessary to provide defense counsel reasonable time to prepare their respective clients' defenses taking into account due diligence and that the interests of justice in granting this reasonable request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-2 (unusual and complex case) and Local Code T-4 (to allow defense counsel time to prepare).

1    The parties have authorized the defense counsel for Anthony
2  Williams to sign this stipulation on their behalf.
3  DATED: May 23, 2012                BENJAMIN WAGNER
                                      United States Attorney
4
                                by    /s/ Scott N. Cameron, for
5                                     Jean Hobler
                                      Assistant U.S. Attorney
6
7  DATED: May 23, 2012         by     /s/ Scott N. Cameron
                                      Scott N. Cameron
8                                     Counsel for ANTHONY WILLIAMS

9  DATED: May 23, 2012         by     /s/ Scott N. Cameron, for
                                      Preeti K. Bajwa
10                                    Counsel for SEAN McCLENDON

11 DATED: May 23, 2012         by     /s/ Scott N. Cameron, for
                                      Douglas Beevers
12                                    Counsel for Anthony Salcedo

24 ///
25 ///
26 ///

3

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that this case is unusual and complex and that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, May 24, 2012, to and including August 2, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4 (reasonable time for defense counsel to prepare). It is further ordered that the May 24, 2012, status conference shall be continued until August 2, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE