BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-353 MCE |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; REQUEST TO SET CHANGE OF PLEA FOR DEFENDANT WILLIAMS; FINDINGS AND ORDER THEREON** |
| v. | |
| SEAN MCCLENDON, | |
| ANTHONY SALCEDO, and | |
| ANTHONY WILLIAMS | |
| Defendants, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants SEAN MCCLENDON and ANTHONY SALCEDO, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 27, 2012.

2. By this stipulation, defendants now moves to continue the status conference until October 25, 2012 and to exclude time between September 27, 2012 and October 25, 2012 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case

1

      includes several thousand pages of documents relating to mortgage loans on various properties as well as numerous memoranda of interviews with straw purchasers and other witnesses, including defendants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. On September 6, 2012, defendant McClendon substituted in counsel Donald H. Heller for his prior counsel. Mr. Heller represents that he is unable to turn immediately to this case and review of the discovery in light of his current involvement in a state multi-defendant murder case. He anticipates being able to turn to this case in late September or early October for concerted review of the discovery. Mr. Beevers, for Mr. Salcedo, represents that he is reviewing the law and the discovery with his client in pursuit of a negotiated resolution of the case. Counsel for these defendants desire additional time in light of these current obligations and efforts.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 27, 2012 to October 25, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy

1       trial.
2    4. Nothing in this stipulation and order shall preclude a finding that other provisions of
3       the Speedy Trial Act dictate that additional time periods are excludable from the
4       period within which a trial must commence.
5    5. Defendant Williams, through his counsel, has indicated that he would like to enter a
6       change of plea on the date currently set for status conference, *i.e.*, September 27,
7       2012, and he and the Government therefore jointly request the matter be retained on
8       calendar as to defendant Williams only and for purposes of entering a change of plea.

IT IS SO STIPULATED.

Dated: September 18, 2012        BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Jean M. Hobler
                                 JEAN M. HOBLER
                                 Assistant U.S. Attorney


Dated: September 18, 2012
                                 /s/ Donald H. Heller
                                 DONALD H. HELLER
                                 Counsel for Defendant SEAN MCCLENDON


Dated: September 18, 2012
                                 /s/ Douglas Beevers
                                 DOUGLAS BEEVERS
                                 Counsel for Defendant ANTHONY SALCEDO


Dated: September 18, 2012
                                 /s/ Scott Cameron
                                 SCOTT CAMERON
                                 Counsel for Defendant ANTHONY WILLIAMS

///
///
///
///
///
///

**O R D E R**

IT IS SO FOUND AND ORDERED . The status conference in this matter previously set for September 27, 2012 is hereby continued to October 25, 2012 at 9:00 a.m. in Courtroom No. 7.

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4