BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-353 MCE |
|---|---|
| Plaintiff, | **REQUEST TO SET MATTER ON CALENDAR FOR CHANGE OF PLEA BY DEFENDANT SEAN MCCLENDON** |
| v. | |
| SEAN MCCLENDON, | |
| Defendant. | |

Plaintiff United States of America and defendant SEAN MCCLENDON have reached terms of a plea agreement under which MCCLENDON intends to change his plea in this matter. The parties jointly request the matter be set on October 18, 2012, at 9:00 a.m. for a change of plea.

Dated: October 12, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Jean M. Hobler
                                 JEAN M. HOBLER
                                 Assistant U.S. Attorney

Dated: October 12, 2012

                                 /s/ Donald H. Heller
                                 DONALD H. HELLER
                                 Counsel for Defendant SEAN MCCLENDON

1

**O R D E R**

IT IS SO ORDERED. This matter is hereby scheduled for a hearing on Defendant's change of plea on October 18, 2012 at 9:00 a.m.

Dated: October 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2