SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ANTHONY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>     v.                                 )<br>                                        )<br> SEAN McCLENDON, et. al.,               )<br>                                        )<br>            Defendants.                 )<br> _____) | CASE NO.  2:11-cr-00353 MCE<br><br>**STIPULATION AND ORDER VACATING STATUS CONFERENCE REGARDING SENTENCING AND SETTING HEARING FOR SENTENCING**<br><br>DATE:   December 7, 2012<br>TIME:   9:00 a.m.<br>COURT:  Hon. Morrison England, Jr. |

### **Stipulation**

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jean Hobler, Esq., Assistant United States Attorney, counsel for defendant Sean McClendon, Donald H. Heller, Esq., and counsel for defendant Anthony Williams, Scott N. Cameron, Esq., that the status conference regarding sentencing presently set for December 7, 2012, may be vacated, and that the date for judgment and sentencing of both defendants may be set for June 27, 2013, at 9:00 a.m. Both defendants are continuing to cooperate with the government and their sentencing should not occur until the pending trial against the remaining defendant has concluded.  It is further stipulated that, as to defendants Anthony Williams and Sean McClendon, the matter will not be referred to the U.S. Probation Department for a Pre-sentence Investigation Report until it has been determined by

1

1 the parties that the sentencing will occur on June 27, 2013, and in
2 that event, the parties shall submit a stipulation and order referring
3 the case to the U.S. Probation on or before April 1, 2013.  In the
4 event that the remaining defendant resolves his case before the
5 currently scheduled trial date, the parties to this stipulation intend
6 to request, after consultation with the U.S. Probation Department,
7 that the sentencing date be advanced accordingly.

     The parties have authorized the defense counsel for Anthony
Williams to sign this stipulation on their behalf.

DATED: November 29, 2012          BENJAMIN WAGNER
                                  United States Attorney

                             by   /s/ Scott N. Cameron, for
                                  Jean Hobler
                                  Assistant U.S. Attorney

DATED: November 29, 2012     by   /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for ANTHONY WILLIAMS

DATED: November 29, 2012     by   /s/ Scott N. Cameron, for
                                  Donald H. Heller
                                  Counsel for SEAN McCLENDON

**ORDER**

Based on the stipulation by and between Assistant U.S. Attorney Jean Hobler, Esq., Donald H. Heller, Esq., and Scott N. Cameron, Esq., and for Good Cause Appearing, it is hereby ordered that the Status Hearing regarding sentencing of defendants Sean McClendon and Anthony Williams, currently scheduled for December 7, 2012, be vacated, and that the date for the judgment and sentencing of Sean McClendon and Anthony Williams be set for June 27, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE