SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-442-5230

Attorney for:
ANTHONY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN McCLENDON, et. al.,<br><br>    Defendants, | CASE NO. 2:11-cr-00353 MCE<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING OF DEFENDANTS McCLENDON AND WILLIAMS** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, JEAN M. HOBLER, defendant SEAN McCLENDON, by and through his counsel of record, DONALD H. HELLER, and ANTHONY WILLIAMS, by and through his counsel of record, SCOTT N. CAMERON, hereby stipulate as follows:

1. By previous order, this Court set the date for judgment and sentencing of defendants SEAN McCLENDON and ANTHONY WILLIAMS for March 20, 2014.

2. By this stipulation, the parties now move this Court for an order setting the date for judgment and sentencing of defendants McCLENDON and WILLIAMS for April 24,

1

2014.

3. Both defendants McCLENDON and WILLIAMS are continuing to cooperate with the government and their sentencing should not occur until the pending trial against the remaining defendant has concluded.

4. The trial of the remaining defendant is presently set to commence on March 3, 2014.

5. To date, as to defendants McCLENDON and WILLIAMS, the matter has not been referred to the U.S. Probation Department for a Presentence Investigation Report. As such, the parties move this Court for an order that, as to defendant McCLENDON and WILLIAMS, the matter be referred to the U.S. Probation Department for a Presentence Investigation Report with the following disclosure schedule:

| | |
|---|---|
| Proposed Presentence Report: | March 13, 2014 |
| Counsel's Written Objections to Probation: | March 27, 2014 |
| Presentence Report Filed with the Court: | April 3, 2014 |
| Motion for Correction to Presentence Report: | April 10, 2014 |
| Reply or Statement of No Opposition: | April 17, 2014 |
| Judgment and Sentencing: | April 24, 2014 |

The parties have authorized the defense counsel for Anthony Williams to sign this stipulation on their behalf.

IT IS SO STIPULATED.

DATED: January 27, 2014               BENJAMIN WAGNER
                                      United States Attorney

                             by      /s/ Jean M. Hobler
                                      JEAN M. HOBLER
                                      Assistant U.S. Attorney

DATED: January 27, 2014

          by    /s/ Donald H. Heller
                DONALD H. HELLER
                Counsel for SEAN McCLENDON

DATED: January 27, 2014

          by    /s/ Scott N. Cameron
                SCOTT N. CAMERON
                Counsel for ANTHONY WILLIAMS

**O R D E R**

IT IS SO ORDERED.

Dated: February 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT