BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-353 MCE |
| Plaintiff, | **CORRECTED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| SEAN MCCLENDON, et al, | |
| Defendant(s). | |

The parties, through undersigned counsel, stipulate that the status conference, scheduled for May 1, 2014, be continued to July 10, 2014, at 9:00 a.m.  As to defendants McClendon and Williams, these defendants have pleaded guilty pursuant to agreements that contemplate cooperation at trial in this matter.  Trial in this matter as to Defendant Salcedo has been vacated due to Salcedo's retention/substitution of counsel on March 11, 2014.  Due to this circumstance, and the Government and defendant Salcedo's resulting stipulation, set forth below, regarding continuance of the currently set status conference, defendants McClendon and Williams stipulate to the continuance of the status conference.

Defendant Salcedo and the United States, by and through undersigned counsel, stipulate and agree as follows:

    1.  This case involves approximately 9,500 pages of discovery well as recorded statements.

1

2. Counsel for defendant Salcedo has been engaged in preparation for and participation in state trials during the time of his retention in March 2014 and since and is currently preparing for trial in the matter of *United States v. Hubert Rotteveel*, set to begin in front of Judge Shubb on May 6, 2014.

3. This case has previously been designated as complex under Local Code T2 and the corresponding provisions of the Speedy Trial Act.

4. There is significant discovery that requires review and analysis in this mortgage fraud case for appropriate representation of defendant Salcedo.

5. Considering the exercise of due diligence in light of the complexity of the case, the volume of discovery, defense counsel's trial obligations in other matters, and recent retention in this matter, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in Section 3161.

6. Thus, defendant Salcedo requests and the Government stipulates that the interests of justice in granting this request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Local Codes T2 (complexity) and T4 (defense preparation) and the corresponding provisions of the Speedy Trial Act, and request a new date of July 10, 2014, at 9:00 a.m. with time excluded as set forth above to and including that date.

As a result of the above stipulation and resulting continuance, and because having been adjudicated guilty via guilty plea the Speedy Trial Act no longer applies to them, Defendants Williams and McClendon through their respective counsel, stipulate to the continuance of the status conference.

The parties have authorized counsel for the Government to sign this stipulation on their behalf.

Dated: April 30, 2014                              BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ Jean M. Hobler
                                                   JEAN M. HOBLER
                                                   Assistant U.S. Attorney

Dated: April 30, 2014

/s/ Jean M. Hobler for
THOMAS A. JOHNSON
Counsel for Defendant ANTHONY SALCEDO

Dated: April 30, 2014

/s/ Jean M. Hobler for
DONALD H. HELLER
Counsel for Defendant SEAN MCCLENDON

Dated: April 30, 2014

/s/ Jean M. Hobler for
SCOTT CAMERON
Counsel for Defendant ANTHONY WILLIAMS

**ORDER**

IT IS SO ORDERED.

Dated: May 21, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT