```
THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEAN MCCLENDON, et al.,<br><br>　　　　Defendants. | Case No.: 2:11-cr-00353-MCE<br><br>DEFENDANT'S STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

The parties, through undersigned counsel, stipulate that the Status Conference, scheduled for July 101, 2014, be continued to September 18, 2014, at 9:00 a.m.  As to defendants McClendon and Williams, these defendants have pleaded guilty pursuant to agreements that contemplate cooperation at trial in this matter.  Defense counsel for Mr. Salcedo, Thomas A. Johnson, was recently retained on this matter and requests additional time to review discovery.  Defendant Salcedo and the United States, by and through undersigned counsel, stipulate and agree as follows:

1. This case involves approximately 9,500 pages of discovery well as recorded statements.
2. Counsel for defendant Salcedo has been engaged in trial in the matter of *United States v. Hubert Rotteveel,* in front of Judge Shubb from May 6,

2014 to May 20, 2014, and *People v. Gordon Blake* in Contra Costa County from May 27, 2014 to June 11, 2014.

3. This case has previously been designated as complex under Local Code T2 and the corresponding provisions of the Speedy Trial Act.

4. There is significant discovery that requires review and analysis in this mortgage fraud case for appropriate representation of defendant Salcedo.

5. Considering the exercise of due diligence in light of the complexity of the case, the volume of discovery, defense counsel's trial obligations in other matters, and recent retention in this matter, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in Section 3161.

6. Thus, defendant Salcedo requests and the Government stipulates that the interests of justice in granting this request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Local Codes T2 (complexity) and T4 (defense preparation) and the corresponding provisions of the Speedy Trial Act, and request a new date of September 18, 2014, at 9:00 a.m. with time excluded as set forth above to and including that date.

As a result of the above stipulation and resulting continuance, and because having been adjudicated guilty via guilty plea the Speedy Trial Act no longer applies to them, Defendants Williams and McClendon through their respective counsel, stipulate to the continuance of the Status Conference.

Dated: July 7, 2014

/s/ Thomas A. Johnson
THOMAS A. Johnson
Counsel for ANTHONY SALCEDO

2

Dated: July 7, 2014                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Thomas A. Johnson for
                                       JEAN M. HOBLER
                                       Assistant United States Attorney


Dated: July 7, 2014                    /s/ Thomas A. Johnson for
                                       DONALD H. HELLER
                                       Counsel for SEAN MCCLENDON


Dated: July 7, 2014                    /s/ Thomas A. Johnson for
                                       SCOTT CAMERON
                                       Counsel for ANTHONY WILLIAMS


**O R D E R**

IT IS SO ORDERED.

Dated:  July 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

3