THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00353-MCE |
| Plaintiff, | DEFENDANT'S STIPULATION AND ORDER FOR SETTING OF JURY TRIAL DATES |
| vs. | |
| SEAN MCCLENDON, et al., | |
| Defendants. | |

The parties, through undersigned counsel, stipulate that a Trial Confirmation Hearing is scheduled for May 7, 2015, at 9:00 a.m., and a Jury Trial date is scheduled on June 8, 2015.  As to defendants McClendon and Williams, these defendants have pled guilty pursuant to agreements that contemplate cooperation at trial in this matter. Defense counsel for Mr. Salcedo, Thomas A. Johnson, recently concluded a federal trial and needs additional time to prepare.  Defendant and the United States, by and through undersigned counsel, stipulate and agree as follows:

1. This case involves approximately 9,500 pages of discovery well as recorded statements.

2. Counsel for Defendant Salcedo has been engaged in a re-trial in the matter of *United States v. Hubert Rotteveel*, in front of Judge Shubb from August

1

27, 2014, to September 18, 2014.

3.  This case has previously been designated as complex under Local Code T2 and the corresponding provisions of the Speedy Trial Act.

4.  There is significant discovery that requires review and analysis in this mortgage fraud case for appropriate representation of Defendant.

5.  Considering the exercise of due diligence in light of the complexity of the case, the volume of discovery, and defense counsel's trial obligations in other matters, it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in Section 3161.

6.  Thus, Defendant requests and the Government stipulates that the interests of justice in granting this request for a continuance outweighs the best interests of the public and defendants for a speedy trial in this case, pursuant to Local Codes T2 (complexity) and T4 (defense preparation) and the corresponding provisions of the Speedy Trial Act, and request a new Trial Confirmation Hearing on May 7, 2015, at 9:00 a.m. and a Jury Trial on June 8, 2015, with time excluded as set forth above to and including that date.

As a result of the above stipulation and resulting continuance, and because having been adjudicated guilty via guilty plea the Speedy Trial Act no longer applies to them, Defendants Williams and McClendon through their respective counsel, stipulate to the continuance of the Status Conference.

Dated: September 18, 2014

/s/ Thomas A. Johnson
THOMAS A. Johnson
Counsel for ANTHONY SALCEDO

Dated: September 18, 2014          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Thomas A. Johnson for
                                   JEAN M. HOBLER
                                   Assistant United States Attorney


Dated: September 18, 2014          /s/ Thomas A. Johnson for
                                   DONALD H. HELLER
                                   Counsel for SEAN MCCLENDON

## ORDER

As to Defendant Anthony Salcedo, a Trial Confirmation Hearing is SET for May 7, 2015, at 9:00 a.m., and a Jury Trial date is SET for June 8, 2015.  For the reasons set forth above, the Court finds that a continuance is necessary and that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant Salcedo in a speedy trial.  Therefore, time is EXCLUDED as set forth above to and including June 8, 2015 as to Defendant Anthony Salcedo pursuant to Local Codes T2 (complexity) and T4 (defense preparation) and the corresponding provisions of the Speedy Trial Act.

Pursuant to the above stipulation (ECF No. 109) and on the Court's own motion, a status conference is SET as to Defendants Sean McClendon and Anthony Salcedo on October 2, 2014, at 9:00 AM.  A status conference on the same date as to Defendant Anthony Williams already set by separate order (ECF No. 113).

IT IS SO ORDERED.

**DATED:  SEPTEMBER 24, 20**

**A.**                             MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28