BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
MARILEE L. MILLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-353 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| SEAN MCCLENDON, et al, | |
| Defendant(s). | |

The parties, through undersigned counsel, stipulate that the sentencing status conference as to Defendant Sean McClendon scheduled for May 14, 2015, be continued to June 25, 2015, at 9:00 a.m. Defendant Sean McClendon has  pleaded guilty pursuant to an plea agreement that contemplates Mr. McClendon testifying at trial of Defendant Saledo which is scheduled to commence on June 8, 2015.

///
///
///
///
///
///
///

1

1 | Accordingly, in order for the Court and the parties to assess the extent of Defendant McClendon's
2 | cooperation for sentencing purposes it is stipulated that the sentencing status be continued to June
3 | 25, 2015, at 9:00 a.m.

Dated: May 13, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Jean M. Hobler
JEAN M. HOBLER
Assistant U.S. Attorney

Dated: May 13, 2015

DONALD H. HELLER
A LAW CORPORATON

/s/ Donald H. Heller
Attorney for Defendant Sean McClendon

Electronically filed by Jean M. Hobler with permission of all counsel to this stipulation and proposed order.  */s/ Jean M. Hobler*

**O R D E R**

IT IS SO ORDERED.

Dated: May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2