1  BENJAMIN B. WAGNER
   United States Attorney
2  JEAN M. HOBLER
   MARILEE MILLER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6  Attorneys for Plaintiff
   The United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:11-CR-353 MCE
12 |                Plaintiff,          | **STIPULATION AND ORDER TO VACATES STATUS CONFERENCE, REFER TO PROBATION FOR PSR, AND SET SENTENCING DATE**
13 |         v.                         |
14 | SEAN MCCLENDON, et al,             |
15 |                Defendant(s).       |

16

17     The parties, through undersigned counsel, stipulate that the sentencing status conference as to

18 Defendant Sean McClendon scheduled for June 25, 2015, be vacated, and that Defendant Sean

19 McClendon's case be continued to September 17, 2015, at 9:00 a.m. for the imposition of judgement

20 and sentence.  Defendant pleaded guilty pursuant to a plea agreement that contemplated his

21 testimony at the trial of Defendant Anthony Salcedo, which just concluded.  Thus, there is no further

22 impediment to proceeding to senencing for Defendant McClendon.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                                 1

1  It is also stipulated that Defendant McClendon be referred to U.S. Probation for investigation
2  and preparation of a Presentence Report and that the Clerk of Court serve on counsel for the parties
3  the schedule for the filings of the draft and final PSR, objections and motions.

Dated: June 18, 2015                     BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Jean M. Hobler
                                         JEAN M. HOBLER
                                         MARILEE MILLER
                                         Assistant U.S. Attorneys


Dated: June 18, 2015                     DONALD H. HELLER
                                         A LAW CORPORATON


                                         /s/ Donald H. Heller
                                         Attorney for Defendant Sean McClendon

Electronically filed by Jean M. Hobler with permission of all counsel to this stipulation and proposed order.  /s/ Jean M. Hobler


**O R D E R**

IT IS SO ORDERED.

Dated: June 29, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT