**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA  95864**
**Telephone:     (916) 974-3500**
**Facsimile: (916) 520-3497**
**E-Mail: dheller@donaldhellerlaw.com**

**Attorneys for Defendant**

**Sean McClendon**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:11-CR-353 MCE |
| Plaintiff, | |
| vs. | AMENDED STIPULATION AND ORDER TO CONTINUE SETENCING HEARING TO NOVEMBER 5, 2015 |
| Sean McClendon, et.al. | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Assistant United States Attorney Jean M. Hobler, counsel for the plaintiff United States of America, and defendant Sean McClendon by and through his attorney Donald H. Heller that the sentencing hearing scheduled for scheduled for September 24, 2015 at 9:00AM be continued to November 5, 2015 at 9:00AM for the following reasons.

Mr. McClendon's case was referred to U.S. Probation for the preparation of a Presentence Report (PSR) on June 29, 2015.  Undersigned counsel was notified by U.S. Probation that Mr. McClendon's case was referred to U.S. Probation Officer Nisha Modica on

July 7, 2015. On July 7, 2015, Ms. Modica e-mailed Mr. Heller and sought to arrange a PSR interview. Ms. Modica was away from her office for training from July 9, 2015 to July 16, 2015 and advised Mr. Heller that her report had to be completed and to her supervisor by August 6, 2015. Mr. Heller responded by e-mail and advised Ms. Modica that he was leaving on a prepaid vacation from July 22, 2015 to August 1, 2015 and was going to be tied up in a preliminary hearing scheduled for July 20 to July 21, 2015. Mr. Heller indicated that he would be able to meet on the morning of July 17, 2015 and a meeting was arranged for 10am on the 17th.

Unfortunately, on July 16, 2015, Mr. Heller notified Ms. Modica that because of an unanticipated serious client crisis in preparation of the defense of the preliminary hearing scheduled to commence on July 20, 2015, Mr. Heller had to cancel the PSR interview until after his return from vacation on August 3, 2015 and advised Ms. Modica that he would agree to continue the date for the sentencing hearing and have the PSR interview upon his return from vacation. A comprehensive PSR interview was held on August 4, 2015 with Ms. Modica.

The original Stipulation to Continue the Sentencing Hearing was filed on August 5, 2015, and sought October 22, 2015 as the new sentencing date. By e-mail counsel for the parties were advised that October 22, 2015, was unavailable and offered dates earlier in October.

Assistant U.S. Attorney Hobler has conflict with dates earlier in October because she is scheduled to try commence trial in United States v.Tovar, 2:11-CR-296 WBS, on September 22, 2015 and that case has been estimated to be at least a four week jury trial.

Accordingly, it is respectfully requested that the sentencing hearing be continued to November 5, 2015, to allow Ms. Modica to conduct her PSR investigation and prepare a comprehensive report to provide to the Court for the Court's review and consideration.

It is further stipulated that the Schedule for Disclosure be set as follows: Sentencing Date: November 5, 2015, Reply date: October 29, 2015, Correction Date: October 22, 2015, Report Date: October 15, 2015, Draft PSR disclosure date: October 1, 2015.

Dated: August 6, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Jean M. Hobler by Donald H. Heller*

Jean M. Hobler
Assistant U.S. Attorney


*/s/ Donald H. Heller*
Attorney for Defendant
Sean McClendon

## ORDER

GOOD CAUSE APPEARING Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

The Sentencing Hearing set for September 24, 2015 at 9:00 a.m. is vacated; and a new Sentencing Hearing is set for November 5, 2015 9:00 a.m.

It is further stipulated that the Schedule for Disclosure be set as follows: Sentencing Date: November 5, 2015, Reply date: October 29, 2015, Correction Date: October 22, 2015, Report Date: October 15, 2015, Draft PSR disclosure date: October 1, 2015.

**IT IS SO ORDERED.**

**Dated: August 12, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT