**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**3638 American River Drive**
**Sacramento, CA 95825**
**Telephone: (916) 974-3500**
**Facsimile: (916) 520-3497**

**Attorneys for Defendant**
**Sean McClendon**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff,** <br> **v.** <br> **SEAN MCCLENDON, et.al.** <br> **Defendant.** | **CASE NO. 2:11-CR-353 MCE** <br> **SENTENCING MEMORANDUM** <br> **Sentencing Date: 11-05-2015** |

In light of the fact that a formal judgment has not been entered, the defendant Sean McClendon respectfully requests that his surrender date be changed from January 14, 2016 to January 19, 2016, so as allow Mr. McClendon to watch his son play in the Martin Luther King, Jr. 12th Annual Classic ACES Youth Basketball Tournament in Garden Grove, CA to be held January 16-18, 2016.

///

///

///

///

Assistant U.S. Attorney Jean Hobler has no objection to the change of surrender date in light of the fact that a formal judgment has not been entered.

DONALD H. HELLER
A Law Corporation

Dated: November 6, 2015

*/s/ Donald H. Heller*
DONALD H. HELLER, ESQ.
Attorney for Defendant

IT IS SO ORDERED.

Dated: November 10, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT