1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No. 2:11-CR-00353-MCE
                                            No. 2:16-MC-00043-MCE-AC
12                  Plaintiff,              No. 2:16-MC-00050-MCE-EFB

13        v.                                **RELATED CASE ORDER**

14   ANTHONY SALCEDO,

15                  Defendant.

16

17        The Court has received the Notice of Related Case filed on March 31, 2016

18   (ECF No. 257).

19        Examination of the above-entitled civil and criminal actions reveals that these

20   actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The

21   actions involve many of the same defendants and are based on the same or similar

22   claims, the same property transaction or event, similar questions of fact and the same

23   questions of law, and would therefore entail a substantial duplication of labor if heard by

24   different judges.

25        Accordingly, the assignment of the matters to the same judge is likely to effect a

26   substantial savings of judicial effort and is also likely to be convenient for the parties.

27   ///

28   ///

                                            1

1    The parties should be aware that relating the cases under Local Rule 123 merely

2  has the result that both actions are assigned to the same judge; no consolidation of the

3  action is effected.  Under the regular practice of this court, related cases are generally

4  assigned to the district judge and magistrate judge to whom the first filed action was

5  assigned.

6    IT IS THEREFORE ORDERED that the action denominated   reassigned to Judge

7  Morrison C. England, Jr. for all further proceedings, and any dates currently set in 2:16-

8  MC-00050-MCE-EFB are hereby VACATED.  Henceforth, the caption on documents

9  filed in the reassigned case shall be shown as 2:16-MC-00050-MCE-AC, United States

10  v. Anthony Salcedo.  IT IS FURTHER ORDERED that the Clerk of the Court make

11  appropriate adjustment in the assignment of cases to compensate for this reassignment.

12    IT IS SO ORDERED.

13  DATED:  April 12, 2016

14

15  _____

16  MORRISON C. ENGLAND, JR. CHIEF JUDGE
    UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

2