# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England Jr.<br>United States District Judge<br>Sacramento, California | **RE:** Sean McClendon<br>Docket Number: 0972 2:11CR00353-001<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Sean McClendon is requesting permission to travel on a cruise from Long Beach, California, to Catalina Island, California, and to Ensenada, Baja California, Mexico. Sean McClendon is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 5, 2015, Sean McClendon was sentenced for the offense of 18 USC 1349 – Conspiracy to Commit Mail Fraud (Class B Felony).

**Sentence Imposed:** 20 months custody in the Bureau of Prisons, 36 months Supervised Release, $100 Special Assessment (Paid), and $708,738.78 Restitution (Paid).

**Dates and Mode of Travel:** From March 11, 2018, through March 15, 2018. On the cruise ship Carnival Imagination.

**Purpose:** Will be traveling with his wife to celebrate his birthday and anniversary.

1

**RE:	Sean McClendon
	Docket Number:  0972 2:11CR00353-001
	<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:	December 22, 2017
	Fresno, California
	TDM/rmv

## ORDER OF THE COURT

**The Court orders:**

☒  Approved   ☐  Disapproved

**Dated:  January 10, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE